Docusign Envelope ID: FD45D88E-DEC4-89BD-8174-7F8C5C98D114

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:25-cv-02967-GPG-KAS

SHELLY WHITTAKER, as Parent and Natural Guardian of N.G., a minor,

Plaintiff,

v.

ROBLOX CORPORATION, EPIC GAMES, INC.,
MICROSOFT CORPORATION, and MOJANG A.B.,

Defendants.

---

**SUPPLEMENTAL DECLARATION OF RONITA JIT IN SUPPORT OF DEFENDANT ROBLOX CORPORATION'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**

---

I, Ronita Jit, declare as follows:

1. I am a Senior Paralegal, Litigation and Legal Operations at Roblox Corporation ("Roblox"). I previously submitted a Declaration in Support of Defendant Roblox Corporation's Motion to Compel Arbitration and Stay Proceedings on January 30, 2026 (the "Original Declaration"). I submit this Supplemental Declaration in further support of Roblox's Motion to Compel Arbitration and Stay Proceedings.

2. As stated in my Original Declaration, I have been employed by Roblox since January 31, 2023. In my role as Senior Paralegal, Litigation and Legal Operations, I am responsible for supporting litigation needs, including assisting with discovery, responding to subpoenas, and conducting dispute-related investigations.

3. Through this work at Roblox, I have gained personal knowledge of, and familiarity with, the systems and databases that Roblox uses to maintain records relating to user accounts, including account creation records, account login and access records, Terms of Use acceptance records, Robux purchase records, and gift card redemption records. Specifically, I have direct access to Roblox's internal tools and databases that store and display this information, including Roblox's user account management systems, its agreement acceptance logging systems, its transaction records systems, and its IP address logging systems. I, and members of my team, personally query these systems and review the data they produce in connection with my dispute-related investigation responsibilities.

4. My familiarity with these systems extends to both their current operation and their historical operation. In the course of my work, I have reviewed internal

documentation that describes how these systems operated at various points in time, including prior to my employment at Roblox. I have also consulted with engineers and product managers at Roblox who are responsible for maintaining these systems to confirm my understanding of how the systems functioned during the relevant time periods. Based on this experience and review, I am knowledgeable about the records these systems generate and have generated, and the processes by which those records are created and maintained.

5. The records referenced in both my Original Declaration and this Supplemental Declaration are records that are made at or near the time of the events they document, by persons with knowledge of those events or by automated systems that record data contemporaneously. These records are kept in the regular course of Roblox's business, and it is the regular practice of Roblox's business to make and maintain such records. Roblox relies on these records in its day-to-day operations, including for purposes of account management, user support, security, compliance, and platform integrity.

**I. Terms of Use Acceptance Data**

6. In my Original Declaration, I described Roblox's processes for notifying users of Terms of Use updates and requiring user acceptance prior to continued use of the platform. Roblox maintains an automated system that logs the precise date and time at which each user account accepts each version of the Terms of Use. When a user clicks "I Agree" on the Terms acceptance notice, the system contemporaneously generates and stores a record of that acceptance event along with a timestamp of acceptance in

Coordinated Universal Time (UTC). These records are generated automatically by the system at the time of each acceptance event and are maintained in the ordinary course of Roblox's business.

7. I, and members of my team, have personally queried Roblox's agreement acceptance system to retrieve the acceptance records for the Account. Attached hereto as **Exhibit A** is a true and correct copy of the Terms of Use acceptance data for the Account, as maintained by Roblox's system for logging Terms acceptances. It is my understanding that this data was previously produced directly to Plaintiff in this matter in response to discovery requests.

8. Exhibit A reflects that, beyond the Terms acceptances associated with the Account's Robux purchases and gift card redemptions described in my Original Declaration, the Account also accepted Roblox's Terms of Use on the following dates:

a. December 11, 2021, at 21:44:14 UTC;

b. March 26, 2022, at 14:53:54 UTC;

c. August 1, 2023, at 09:52:01 UTC;

d. February 15, 2024, at 21:12:15 UTC;

e. June 12, 2024, at 21:06:00 UTC;

f. November 6, 2024, at 20:46:31 UTC;

g. June 5, 2025, at 00:51:54 UTC;

h. June 30, 2025, at 21:58:44 UTC

## II. IP Address Data

9. Roblox maintains records of the Internet Protocol ("IP") addresses used to

access user accounts, along with approximate geolocation data. These records are generated automatically by Roblox's systems in connection with user access to the Roblox Platform and are maintained in the ordinary course of Roblox's business. The frequency and conditions under which IP addresses are logged may vary depending on the method of access and the device used.

10. I, and members of my team, have personally queried Roblox's IP address logging system to retrieve the access records for the Account. Attached hereto as **Exhibit B** is a true and correct copy of the IP address log data for the Account, as produced by Roblox's systems. It is my understanding that this data was previously produced directly to Plaintiff in this matter in response to discovery requests.

**III. Most Recent Account Use Date**

11. Roblox's systems record the most recent date on which each account is accessed and used. Based on my review of Roblox's account records, the Account was most recently accessed on 06/02/2026 at 20:29:28 UTC, which is after Roblox filed its Motion to Compel Arbitration on January 30, 2026.

Docusign Envelope ID: FD45D88E-DEC4-89BD-8174-7F8C5C98D114

I declare, under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Executed June 5, 2026, San Mateo, California

Ronita Jit

Ronita Jit