# EXHIBIT A

Pretty-print

{"results":[{"agreement":{"id":"da2aa0e0-f408-47a3-88a0-0e68b7a8481c","version":1,"agreementType":"TermsOfService","clientType":"App","regulationType":"Global","displayUrl":"https://en.help.roblox.com/hc/en-us/articles/115004647846-Roblox-Terms-of-Use","archiveUrl":"https://confluence.rbx.com/display/PRIVACY/Global-ToS-2019-12-06","createdDateTime":"2020-05-05T21:29:25.090032Z","rolloutPercentage":null,"isOptionalAgreement":null,"requiredMinClientVersion":null},"acceptedDatetime":"2021-12-11T21:44:14.1249321Z","actorUserId":null},{"agreement":{"id":"84d3847e-d8d8-4159-a540-9ae31d3fe26c","version":1,"agreementType":"PrivacyPolicy","clientType":"App","regulationType":"Global","displayUrl":"https://en.help.roblox.com/hc/en-us/articles/115004630823-Roblox-Privacy-and-Cookie-Policy-","archiveUrl":"https://confluence.rbx.com/display/PRIVACY/Global-PrivacyPolicy-2019-12-20","createdDateTime":"2020-05-05T21:33:09.8261391Z","rolloutPercentage":null,"isOptionalAgreement":null,"requiredMinClientVersion":null},"acceptedDatetime":"2021-12-11T21:44:14.1249321Z","actorUserId":null},{"agreement":{"id":"848d8d8f-0e33-4176-bcd9-aa4e22ae7905","version":1,"agreementType":"TermsOfService","clientType":"Web","regulationType":"Global","displayUrl":"https://en.help.roblox.com/hc/en-us/articles/115004647846-Roblox-Terms-of-Use","archiveUrl":"https://confluence.rbx.com/display/PRIVACY/Global-ToS-2019-12-06","createdDateTime":"2020-05-05T21:29:14.4221579Z","rolloutPercentage":null,"isOptionalAgreement":null,"requiredMinClientVersion":null},"acceptedDatetime":"2022-03-26T14:53:54.2798975Z","actorUserId":null},{"agreement":{"id":"54d8a8f0-d9c8-4cf3-bd26-0cbf8af0bba3","version":1,"agreementType":"PrivacyPolicy","clientType":"Web","regulationType":"Global","displayUrl":"https://en.help.roblox.com/hc/en-us/articles/115004630823-Roblox-Privacy-and-Cookie-Policy-","archiveUrl":"https://confluence.rbx.com/display/PRIVACY/Global-PrivacyPolicy-2019-12-20","createdDateTime":"2020-05-05T21:33:24.4566298Z","rolloutPercentage":null,"isOptionalAgreement":null,"requiredMinClientVersion":null},"acceptedDatetime":"2022-03-26T14:53:54.2798975Z","actorUserId":null},{"agreement":{"id":"adf95b84-cd26-4a2e-9960-68183ebd6393","version":2,"agreementType":"PrivacyPolicy","clientType":"Web","regulationType":"Global","displayUrl":"https://en.help.roblox.com/hc/en-us/articles/115004630823-Roblox-Privacy-and-Cookie-Policy-","archiveUrl":"https://roblox.atlassian.net/wiki/spaces/PRIVACY/pages/2178613638/2023-08-01+Roblox+Privacy+and+Cookie+Policy","createdDateTime":"2023-07-31T19:12:50.1405613Z","rolloutPercentage":null,"isOptionalAgreement":null,"requiredMinClientVersion":null},"acceptedDatetime":"2023-08-01T09:52:01.3949365Z","actorUserId":null},{"agreement":{"id":"91b2d276-92ca-485f-b50d-c3952804cfd6","version":2,"agreementType":"TermsOfService","clientType":"Web","regulationType":"Global","displayUrl":"https://en.help.roblox.com/hc/en-us/articles/115004647846-Roblox-Terms-of-Use","archiveUrl":"https://roblox.atlassian.net/wiki/spaces/PRIVACY/pages/2178941509/2023-08-01+Roblox+Terms+of+Use","createdDateTime":"2023-07-31T19:13:16.2756305Z","rolloutPercentage":null,"isOptionalAgreement":null,"requiredMinClientVersion":null},"acceptedDatetime":"2023-08-01T09:52:01.3949365Z","actorUserId":null},{"agreement":{"id":"3f341564-2a8b-4d10-8b1b-fd6e20d0a88a","version":3,"agreementType":"PrivacyPolicy","clientType":"Web","regulationType":"Global","displayUrl":"https://help.roblox.com/hc/articles/115004630823-Roblox-Privacy-and-Cookie-Policy-","archiveUrl":"https://roblox.atlassian.net/wiki/spaces/PRIVACY/pages/2440823533/2024-02-15+Roblox+Privacy+and+Cookie+Policy","createdDateTime":"2024-02-12T22:50:50.7899234Z","rolloutPercentage":100,"isOptionalAgreement":null,"requiredMinClientVersion":null},"acceptedDatetime":"2024-02-15T21:12:15.5190684Z","actorUserId":null},{"agreement":{"id":"c52851e3-faeb-4853-a597-12e374f8aa98","version":3,"agreementType":"TermsOfService","clientType":"Web","regulationType":"Global","displayUrl":"https://help.roblox.com/hc/articles/115004647846-Roblox-Terms-of-Use","archiveUrl":"https://roblox.atlassian.net/wiki/spaces/PRIVACY/pages/2441118298/2024-02-15+Roblox+Terms+of+Use","createdDateTime":"2024-02-12T23:00:56.04169Z","rolloutPercentage":100,"isOptionalAgreement":null,"requiredMinClientVersion":null},"acceptedDatetime":"2024-02-15T21:12:15.5190684Z","actorUserId":null},{"agreement":{"id":"05878906-9abb-4d5a-9a45-27ec161286aa","version":4,"agreementType":"TermsOfService","clientType":"Web","regulationType":"Global","displayUrl":"https://en.help.roblox.com/hc/en-us/articles/115004647846-Roblox-Terms-of-

Pretty-print

12+Roblox+Terms+of+Use","createdDateTime":"2024-06-
12T18:43:19.0064351Z","rolloutPercentage":100,"isOptionalAgreement":null,"requiredMinClientVersion":null},"acceptedDatetime":
"2024-06-12T21:06:00.7467171Z","actorUserId":null},{"agreement":{"id":"ff5820fa-f4a1-4e7a-991f-
46a0f86155f3","version":4,"agreementType":"PrivacyPolicy","clientType":"Web","regulationType":"Global","displayUrl":"https://
en.help.roblox.com/hc/en-us/articles/115004630823-Roblox-Privacy-and-Cookie-Policy-
","archiveUrl":"https://roblox.atlassian.net/wiki/spaces/PRIVACY/pages/2701918677/2024-06-
12+Roblox+Privacy+and+Cookie+Policy","createdDateTime":"2024-06-
12T18:45:45.994887Z","rolloutPercentage":100,"isOptionalAgreement":null,"requiredMinClientVersion":null},"acceptedDatetime":"
2024-06-12T21:06:00.7467171Z","actorUserId":null},{"agreement":{"id":"460f3c21-e306-4de0-949f-
8e263b7210d0","version":5,"agreementType":"TermsOfService","clientType":"Web","regulationType":"Global","displayUrl":"https:/
/en.help.roblox.com/hc/en-us/articles/115004647846-Roblox-Terms-of-
Use","archiveUrl":"https://roblox.atlassian.net/wiki/spaces/PRIVACY/pages/3059744770/2024-11-
06+Roblox+Terms+of+Use","createdDateTime":"2024-10-
24T23:16:33.1606933Z","rolloutPercentage":100,"isOptionalAgreement":null,"requiredMinClientVersion":null},"acceptedDatetime":
"2024-11-06T20:46:31.0097783Z","actorUserId":null},{"agreement":{"id":"b354f748-8bb4-4859-9b71-
c61a63e140dc","version":5,"agreementType":"PrivacyPolicy","clientType":"Web","regulationType":"Global","displayUrl":"https://
en.help.roblox.com/hc/en-us/articles/115004630823-Roblox-Privacy-and-Cookie-
Policy","archiveUrl":"https://roblox.atlassian.net/wiki/spaces/PRIVACY/pages/3059941377/2024-11-
06+Roblox+Privacy+and+Cookie+Policy","createdDateTime":"2024-10-
24T23:17:35.3958494Z","rolloutPercentage":100,"isOptionalAgreement":null,"requiredMinClientVersion":null},"acceptedDatetime":
"2024-11-06T20:46:31.0097783Z","actorUserId":null},{"agreement":{"id":"8c8f4983-82ca-4067-bb6b-
73a260f89910","version":6,"agreementType":"TermsOfService","clientType":"Web","regulationType":"Global","displayUrl":"https:/
/en.help.roblox.com/hc/en-us/articles/115004647846-Roblox-Terms-of-
Use","archiveUrl":"https://roblox.atlassian.net/wiki/x/VwRX2Q","createdDateTime":"2025-06-
03T20:23:50.1392226Z","rolloutPercentage":100,"isOptionalAgreement":null,"requiredMinClientVersion":null},"acceptedDatetime":
"2025-06-05T00:51:54.8800026Z","actorUserId":null},{"agreement":{"id":"45367342-e5d6-4d8c-8b84-
63179e5188be","version":6,"agreementType":"PrivacyPolicy","clientType":"Web","regulationType":"Global","displayUrl":"https://
en.help.roblox.com/hc/en-us/articles/115004630823-Roblox-Privacy-and-Cookie-
Policy","archiveUrl":"https://roblox.atlassian.net/wiki/x/nghe2Q","createdDateTime":"2025-06-
03T20:21:15.0666774Z","rolloutPercentage":100,"isOptionalAgreement":null,"requiredMinClientVersion":null},"acceptedDatetime":
"2025-06-05T00:51:54.8800026Z","actorUserId":null},{"agreement":{"id":"306cc852-3717-4996-93e7-
086daafd42f6","version":7,"agreementType":"TermsOfService","clientType":"Web","regulationType":"Global","displayUrl":"https:/
/en.help.roblox.com/hc/en-us/articles/115004647846-Roblox-Terms-of-
Use","archiveUrl":"https://roblox.atlassian.net/wiki/x/IAKp3","createdDateTime":"2025-06-
26T18:37:54.5529763Z","rolloutPercentage":100,"isOptionalAgreement":null,"requiredMinClientVersion":null},"acceptedDatetime":
"2025-06-30T21:58:44.1819319Z","actorUserId":null},{"agreement":{"id":"2ba6b930-4ba8-4085-9e8c-
24b919701f15","version":7,"agreementType":"PrivacyPolicy","clientType":"Web","regulationType":"Global","displayUrl":"https://
en.help.roblox.com/hc/en-us/articles/115004630823-Roblox-Privacy-and-Cookie-
Policy","archiveUrl":"https://roblox.atlassian.net/wiki/x/BQWl3","createdDateTime":"2025-06-
26T18:39:00.0357254Z","rolloutPercentage":100,"isOptionalAgreement":null,"requiredMinClientVersion":null},"acceptedDatetime":
"2025-06-30T21:58:44.1819319Z","actorUserId":null}]}