# EXHIBIT B

| Address | First Access (UTC) | Last Access (UTC) | City | Region | Country | Zipcode | ISP | State | VPN Type |
|---|---|---|---|---|---|---|---|---|---|
| [redacted] | 03/24/2026 18:37:30 | 03/27/2026 20:22:35 | Tampa | Florida | United States | [redacted] | T-Mobile USA | None | Open |
| [redacted] | 03/16/2026 00:50:26 | 03/24/2026 01:06:24 | Tampa | Florida | United States | [redacted] | T-Mobile USA | None | Open |
| [redacted] | 03/06/2026 16:43:53 | 03/15/2026 20:06:17 | Tampa | Florida | United States | [redacted] | T-Mobile USA | None | Open |
| [redacted] | 03/05/2026 19:41:45 | 03/06/2026 00:42:31 | Tampa | Florida | United States | [redacted] | T-Mobile USA | None | Open |
| [redacted] | 03/03/2026 19:02:59 | 03/05/2026 02:52:31 | Tampa | Florida | United States | [redacted] | T-Mobile USA | None | Open |
| [redacted] | 02/25/2026 18:15:15 | 03/03/2026 05:59:53 | Tampa | Florida | United States | [redacted] | T-Mobile USA | None | Open |
| [redacted] | 02/19/2026 21:02:53 | 02/19/2026 21:02:53 | Tampa | Florida | United States | [redacted] | T-Mobile USA | None | Open |
| [redacted] | 02/11/2026 20:50:55 | 02/24/2026 09:58:30 | Tampa | Florida | United States | [redacted] | T-Mobile USA | None | Open |
| [redacted] | 02/04/2026 21:25:17 | 02/06/2026 19:58:29 | Tampa | Florida | United States | [redacted] | T-Mobile USA | None | Open |
| [redacted] | 01/30/2026 19:21:25 | 02/03/2026 01:59:57 | Tampa | Florida | United States | [redacted] | T-Mobile USA | None | Open |
| [redacted] | 01/28/2026 00:37:30 | 01/30/2026 02:32:13 | Tampa | Florida | United States | [redacted] | T-Mobile USA | None | Open |
| [redacted] | 01/27/2026 17:50:02 | 01/27/2026 19:05:28 | Tampa | Florida | United States | [redacted] | T-Mobile USA | None | Open |
| [redacted] | 01/27/2026 17:41:04 | 01/27/2026 17:41:04 | Tampa | Florida | United States | [redacted] | T-Mobile USA | None | Open |
| [redacted] | 01/20/2026 23:07:51 | 01/27/2026 03:24:46 | Tampa | Florida | United States | [redacted] | T-Mobile USA | None | Open |
| [redacted] | 01/18/2026 23:34:34 | 01/20/2026 06:19:17 | Tampa | Florida | United States | [redacted] | T-Mobile USA | None | Open |
| [redacted] | 01/17/2026 01:47:02 | 01/17/2026 16:58:02 | Tampa | Florida | United States | [redacted] | T-Mobile USA | None | Open |
| [redacted] | 01/15/2026 22:16:18 | 01/16/2026 18:47:58 | Tampa | Florida | United States | [redacted] | T-Mobile USA | None | Open |
| [redacted] | 01/08/2026 18:57:58 | 01/15/2026 05:32:43 | Tampa | Florida | United States | [redacted] | T-Mobile USA | None | Open |
| [redacted] | 12/27/2025 23:12:28 | 01/06/2026 03:33:39 | Tampa | Florida | United States | [redacted] | T-Mobile USA | None | Open |

| Address | First Access (UTC) | Last Access (UTC) | City | Region | Country | Zipcode | ISP | State | VPN Type |
|---|---|---|---|---|---|---|---|---|---|
| [redacted] | 12/25/2025 18:52:45 | 12/25/2025 20:19:17 | Tampa | Florida | United States | [redacted] | T-Mobile USA | None | Open |
| [redacted] | 12/10/2025 23:20:40 | 12/11/2025 04:54:48 | Tampa | Florida | United States | [redacted] | T-Mobile USA | None | Open |
| [redacted] | 12/07/2025 21:35:54 | 12/10/2025 20:21:20 | Tampa | Florida | United States | [redacted] | T-Mobile USA | None | Open |
| [redacted] | 12/03/2025 23:18:42 | 12/07/2025 18:34:45 | Tampa | Florida | United States | [redacted] | T-Mobile USA | None | Open |
| [redacted] | 12/03/2025 18:06:30 | 12/03/2025 18:06:30 | Tampa | Florida | United States | [redacted] | T-Mobile USA | None | Open |
| [redacted] | 11/26/2025 23:29:23 | 12/03/2025 06:11:27 | Tampa | Florida | United States | [redacted] | T-Mobile USA | None | Open |
| [redacted] | 11/25/2025 22:40:34 | 11/26/2025 19:07:08 | Tampa | Florida | United States | [redacted] | T-Mobile USA | None | Open |
| [redacted] | 11/23/2025 21:16:46 | 12/25/2025 16:33:26 | Tampa | Florida | United States | [redacted] | T-Mobile USA | None | Open |
| [redacted] | 11/07/2025 06:30:09 | 11/23/2025 04:48:45 | Tampa | Florida | United States | [redacted] | T-Mobile USA | None | Open |
| [redacted] | 11/03/2025 04:23:54 | 11/03/2025 04:23:54 | Tampa | Florida | United States | [redacted] | T-Mobile USA | None | Open |
| [redacted] | 10/28/2025 22:02:05 | 10/28/2025 22:02:05 | Tampa | Florida | United States | [redacted] | T-Mobile USA | None | Open |
| [redacted] | 10/26/2025 00:06:20 | 10/27/2025 18:34:34 | Tampa | Florida | United States | [redacted] | T-Mobile USA | None | Open |
| [redacted] | 10/01/2025 22:23:01 | 10/17/2025 00:31:53 | Tampa | Florida | United States | [redacted] | T-Mobile USA | None | Open |
| [redacted] | 09/18/2025 21:57:34 | 09/25/2025 20:52:32 | Tampa | Florida | United States | [redacted] | T-Mobile USA | None | Open |
| [redacted] | 09/12/2025 14:10:29 | 09/18/2025 01:01:05 | Tampa | Florida | United States | [redacted] | T-Mobile USA | None | Open |
| [redacted] | 09/03/2025 16:24:44 | 09/05/2025 01:50:11 | Kissimmee | Florida | United States | [redacted] | T-Mobile USA | None | Open |
| [redacted] | 08/30/2025 22:19:29 | 08/31/2025 22:21:37 | Tampa | Florida | United States | [redacted] | T-Mobile USA | None | Open |
| [redacted] | 08/21/2025 16:25:52 | 08/25/2025 19:52:55 | Tampa | Florida | United States | [redacted] | T-Mobile USA | None | Open |
| [redacted] | 08/19/2025 14:39:22 | 08/21/2025 14:56:55 | Tampa | Florida | United States | [redacted] | T-Mobile USA | None | Open |

| Address | First Access (UTC) | Last Access (UTC) | City | Region | Country | Zipcode | ISP | State | VPN Type |
|---|---|---|---|---|---|---|---|---|---|
| [redacted] | 08/17/2025 21:15:00 | 08/18/2025 00:21:31 | Tampa | Florida | United States | [redacted] | T-Mobile USA | None | Open |
| [redacted] | 08/15/2025 18:10:21 | 08/16/2025 21:51:14 | Tampa | Florida | United States | [redacted] | T-Mobile USA | None | Open |
| [redacted] | 08/12/2025 22:56:47 | 08/15/2025 02:07:08 | Tampa | Florida | United States | [redacted] | T-Mobile USA | None | Open |
| [redacted] | 08/12/2025 21:21:59 | 08/12/2025 21:21:59 | Tampa | Florida | United States | [redacted] | T-Mobile USA | None | Open |
| [redacted] | 08/11/2025 20:15:33 | 08/11/2025 20:15:33 | Tampa | Florida | United States | [redacted] | T-Mobile USA | None | Open |
| [redacted] | 08/09/2025 20:28:38 | 08/11/2025 01:48:21 | Tampa | Florida | United States | [redacted] | T-Mobile USA | None | Open |
| [redacted] | 08/09/2025 00:26:20 | 08/09/2025 02:02:34 | Tampa | Florida | United States | [redacted] | T-Mobile USA | None | Open |
| [redacted] | 08/04/2025 23:41:00 | 08/07/2025 00:30:39 | Tampa | Florida | United States | [redacted] | T-Mobile USA | None | Open |
| [redacted] | 08/01/2025 00:55:38 | 08/01/2025 00:55:38 | Tampa | Florida | United States | [redacted] | T-Mobile USA | None | Open |
| [redacted] | 07/30/2025 01:23:14 | 07/31/2025 17:02:50 | Tampa | Florida | United States | [redacted] | T-Mobile USA | None | Open |
| [redacted] | 07/29/2025 14:49:24 | 07/29/2025 14:49:24 | Kissimmee | Florida | United States | [redacted] | T-Mobile USA | None | Open |
| [redacted] | 07/28/2025 02:25:31 | 07/28/2025 18:49:29 | Tampa | Florida | United States | [redacted] | T-Mobile USA | None | Open |

| Address | First Access (UTC) | Last Access (UTC) | City | Region | Country | Zipcode | ISP | State | VPN Type |
|---|---|---|---|---|---|---|---|---|---|
| [redacted] | 07/26/2025 19:37:00 | 07/27/2025 20:49:10 | Tampa | Florida | United States | [redacted] | T-Mobile USA | None | Open |
| [redacted] | 07/26/2025 04:13:12 | 07/26/2025 04:13:12 | Orlando | Florida | United States | [redacted] | T-Mobile USA | None | Open |
| [redacted] | 07/25/2025 19:39:42 | 07/25/2025 19:39:42 | Orlando | Florida | United States | [redacted] | T-Mobile USA | None | Open |
| [redacted] | 07/24/2025 01:42:52 | 07/25/2025 03:07:07 | Tampa | Florida | United States | [redacted] | T-Mobile USA | None | Open |
| [redacted] | 07/22/2025 22:58:28 | 07/23/2025 15:56:11 | Tampa | Florida | United States | [redacted] | T-Mobile USA | None | Open |
| [redacted] | 07/22/2025 15:09:50 | 07/22/2025 15:09:50 | Tampa | Florida | United States | [redacted] | T-Mobile USA | None | Open |
| [redacted] | 07/21/2025 01:06:42 | 07/21/2025 21:47:18 | Tampa | Florida | United States | [redacted] | T-Mobile USA | None | Open |
| [redacted] | 07/19/2025 17:41:29 | 07/20/2025 22:03:51 | Tampa | Florida | United States | [redacted] | T-Mobile USA | None | Open |
| [redacted] | 07/18/2025 23:38:41 | 07/19/2025 02:42:42 | Tampa | Florida | United States | [redacted] | T-Mobile USA | None | Open |
| [redacted] | 07/18/2025 00:16:32 | 07/18/2025 17:53:38 | Tampa | Florida | United States | [redacted] | T-Mobile USA | None | Open |
| [redacted] | 07/15/2025 02:36:12 | 07/16/2025 15:37:29 | Tampa | Florida | United States | [redacted] | T-Mobile USA | None | Open |
| [redacted] | 07/14/2025 21:05:56 | 07/22/2025 21:01:44 | Brooksville | Florida | United States | [redacted] | Spectrum | None | Open |

| Address | First Access (UTC) | Last Access (UTC) | City | Region | Country | Zipcode | ISP | State | VPN Type |
|---|---|---|---|---|---|---|---|---|---|
| [redacted] | 03/21/2025 21:10:55 | 07/10/2025 16:05:57 | Spring Hill | Florida | United States | [redacted] | Spectrum | None | Open |
| [redacted] | 12/27/2024 01:00:59 | 03/21/2025 03:52:27 | Spring Hill | Florida | United States | [redacted] | Spectrum | None | Open |
| [redacted] | 12/19/2024 13:15:52 | 12/19/2024 13:15:52 | Orlando | Florida | United States | [redacted] | Verizon Wireless | None | Open |
| [redacted] | 08/14/2024 13:20:46 | 08/14/2024 13:20:46 | | Florida | United States | | Verizon Wireless | None | Open |
| [redacted] | 07/24/2024 23:30:40 | 07/27/2024 05:26:55 | Kissimmee | Florida | United States | [redacted] | Verizon Business | None | Open |
| [redacted] | 07/23/2024 23:14:58 | 07/24/2024 21:23:46 | New Port Richey | Florida | United States | [redacted] | Verizon Business | None | Open |
| [redacted] | 07/19/2024 18:11:15 | 07/23/2024 22:10:11 | Ocala | Florida | United States | [redacted] | Verizon Business | None | Open |
| [redacted] | 07/08/2024 18:29:10 | 07/19/2024 08:12:35 | Orlando | Florida | United States | [redacted] | Verizon Business | None | Open |
| [redacted] | 06/29/2024 06:40:04 | 12/26/2024 18:37:14 | Brooksville | Florida | United States | [redacted] | Spectrum | None | Open |
| [redacted] | 06/23/2024 06:31:32 | 06/27/2024 23:59:52 | Jacksonville | Florida | United States | [redacted] | Verizon Business | None | Open |
| [redacted] | 06/22/2024 21:24:11 | 06/22/2024 21:24:11 | The Villages | Florida | United States | [redacted] | Verizon 5G Home | None | Open |
| [redacted] | 06/19/2024 18:36:23 | 06/21/2024 02:06:28 | Palm Coast | Florida | United States | [redacted] | Verizon Business | None | Open |

| Address | First Access (UTC) | Last Access (UTC) | City | Region | Country | Zipcode | ISP | State | VPN Type |
|---|---|---|---|---|---|---|---|---|---|
| [redacted] | 05/11/2024 21:04:40 | 05/11/2024 22:26:36 | | Colorado | United States | | Verizon Wireless | None | Open |
| [redacted] | 05/11/2024 17:33:26 | 05/11/2024 18:17:06 | Denver | Colorado | United States | [redacted] | T-Mobile USA | None | Open |
| [redacted] | 05/03/2024 21:19:42 | 05/03/2024 21:19:42 | Orlando | Florida | United States | [redacted] | Spectrum | None | Open |
| [redacted] | 04/25/2024 21:01:06 | 04/25/2024 21:01:06 | Orlando | Florida | United States | [redacted] | Verizon Wireless | None | Open |
| [redacted] | 04/18/2024 06:22:00 | 04/18/2024 06:22:00 | Orlando | Florida | United States | [redacted] | Spectrum | None | Open |
| [redacted] | 04/02/2024 23:53:58 | 06/16/2024 02:44:05 | Spring Hill | Florida | United States | [redacted] | Spectrum | None | Open |
| [redacted] | 04/01/2024 19:24:38 | 04/01/2024 19:24:38 | | Florida | United States | | Verizon Wireless | None | Open |
| [redacted] | 03/28/2024 02:03:50 | 04/01/2024 16:02:32 | Brooksville | Florida | United States | [redacted] | Spectrum | None | Open |
| [redacted] | 03/22/2024 16:47:06 | 03/24/2024 01:42:51 | Ocala | Florida | United States | [redacted] | Spectrum | None | Open |
| [redacted] | 03/21/2024 00:10:16 | 03/21/2024 18:10:54 | Homosassa | Florida | United States | [redacted] | Spectrum | None | Open |
| [redacted] | 03/08/2024 22:29:58 | 03/09/2024 01:30:28 | Lecanto | Florida | United States | [redacted] | Spectrum | None | Open |
| [redacted] | 01/20/2024 04:24:43 | 03/01/2024 23:45:13 | Crystal River | Florida | United States | [redacted] | Spectrum | None | Open |

| Address | First Access (UTC) | Last Access (UTC) | City | Region | Country | Zipcode | ISP | State | VPN Type |
|---|---|---|---|---|---|---|---|---|---|
| [redacted] | 11/28/2023 23:38:11 | 01/19/2024 02:52:41 | Lecanto | Florida | United States | [redacted] | Spectrum | None | Open |
| [redacted] | 11/20/2023 22:01:55 | 11/20/2023 22:01:55 | Tampa | Florida | United States | [redacted] | Spectrum Business | None | Open |
| [redacted] | 09/10/2023 01:29:45 | 09/10/2023 01:29:45 | Colorado Springs | Colorado | United States | [redacted] | Comcast Cable | None | Open |
| [redacted] | 03/11/2023 03:44:46 | 03/11/2023 07:30:03 | | Florida | United States | | Verizon Wireless | None | Open |
| [redacted] | 11/10/2022 21:34:26 | 11/10/2022 21:34:26 | | Montana | United States | | Verizon Wireless | None | Open |
| [redacted] | 11/09/2022 14:07:19 | 11/09/2022 14:07:19 | | Montana | United States | | Verizon Wireless | None | Open |
| [redacted] | 12/11/2021 21:44:14 | 10/27/2023 17:28:53 | Colorado Springs | Colorado | United States | [redacted] | Comcast Cable | None | Open |